FILED US District Court-UT
MAR 01 '22 PM03:49

Craig R. Chlarson
Bar No. 4206
Attorney for Petitioner
299 South Main Street, 13th Floor
Salt Lake City, Utah 84111
435.901.3449
craigrchlarson@gmail.com

UNITED STATES DISTRICT COURT

STATE OF UTAH

| | |
|---|---|
| JOEL LEHI ORGANISTA,<br><br>              Petitioner,<br><br>vs.<br><br>STATE OF UTAH ATTORNEY GENERAL,<br><br>              Respondent. | Case: 2:22-cv-00145<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 3/2/2022<br>Description: Organista v State of Utah Attorney General<br><br>HABEAS CORPUS MOTION<br><br>Case No: 211905997 FS |

JOEL LEHI ORGANISTA, by and through his attorney, Craig R. Chlarson, hereby petitions the Court to transfer Mr. Organista to United States Penitentiary, Florence High [herein USPFH] in accordance with the sentencing order imposed by the Honorable Heather Brereton. Mr. Organista relies upon the Suspension Clause of the United States Constitution [Article I, Section 9, Clause 2]; 28 U.S.C. §§ 2241-2256; Turner v. Safley, 482 U.S. 78 (1987); the sentencing order of Judge Heather Brereton; the demands of justice; and the attached memorandum of law.

Dated this 24th day of February, 2022.

/s/ <u>Craig R. Chlarson</u><br>Craig R. Chlarson