The Order of the Court is stated below:
Dated: January 18, 2022        At the direction of:
02:28:23 PM                    /s/ HEATHER BRERETON
                               District Court Judge
                          by
                               /s/ ELIZABETH A FOSTER
                               District Court Clerk

## 3RD DISTRICT COURT
## SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| STATE OF UTAH ATTORNEY GENERAL, Plaintiff, | MINUTES SENTENCE, JUDGMENT, COMMITMENT |
| vs. JOEL LEHI ORGANISTA, Defendant. Custody: Salt Lake County Jail | Case No: 211905997 FS Judge: HEATHER BRERETON Date: January 18, 2022 |

### PRESENT

Clerk: elizaf

Prosecutor: HOLTAN, RYAN

Defendant Present

The defendant is in the custody of the Salt Lake County Jail

Defendant's Attorney(s): CHLARSON, CRAIG

### DEFENDANT INFORMATION

Date of birth: April 1, 1992

Sheriff Office#: 427757

Audio

Tape Number: S41 - Webex Tape Count: 908-913

### CHARGES

1. AGGRAVATED SEXUAL ABUSE OF A CHILD - 1st Degree Felony Plea: Guilty - Disposition: 11/08/21 Guilty

2. ENTICE A MINOR BY INTERNET OR TEXT - 2nd Degree Felony Plea: Guilty - Disposition: 11/08/21 Guilty

### HEARING

Mr. Chlarson addresses the court. There are no mistakes in the presentence report.

Mr. Holtan addresses the court. There is no restitution in this case.

The defendant does not choose to address the court.

The court orders that the defendant's sentence should be concurrent with his federal sentence and

that he is allowed to serve his sentence on this case at a federal facility.

The defendant should not be transported to the Utah State Prison as he will be serving his sentence in the federal system.

The defendant has 30 days to appeal his sentence.

### SENTENCE PRISON

Based on the defendant's conviction of AGGRAVATED SEXUAL ABUSE OF A CHILD a 1st Degree Felony, the defendant is sentenced to an indeterminate term of not less than fifteen years and which may be life in the Utah State Prison.

Based on the defendant's conviction of ENTICE A MINOR BY INTERNET OR TEXT a 2nd Degree Felony, the defendant is sentenced to an indeterminate term of not less than one year nor more than fifteen years in the Utah State Prison.

To the SALT LAKE County Sheriff: The defendant is remanded to your custody for transportation to the Utah State Prison where the defendant will be confined.

### SENTENCE PRISON CONCURRENT/CONSECUTIVE NOTE

Charges are concurrent. This case is also to run concurrent with federal sentence. Defendant may serve state sentence in a federal facility.

**End Of Order - Signature at the Top of the First Page**

## CERTIFICATE OF NOTIFICATION

I certify that a copy of the attached document was sent to the following people for case 211905997 by the method and on the date specified.

EMAIL: ADC ADC-court1@slco.org

EMAIL: PRISON RECORDS udc-records@utah.gov

| | |
|---|---|
| 01/18/22 | /s/ ELIZABETH FOSTER |
| Date: _____ | _____ |
| | Signature |