# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOEL LEHI ORGANISTA, <br><br> Petitioner, <br><br> v. <br><br> STATE OF UTAH ATTORNEY GEN., <br><br> Respondent. | **ORDER** <br><br> Case No. 2:22-CV-145 HCN <br><br> Howard C. Nielson, Jr. <br> United States District Judge |

Petitioner, Joel Lehi Organista, has filed a *habeas corpus* petition under 28 U.S.C. § 2241. *See* Dkt. No. 1.

**IT IS HEREBY ORDERED** that:

1. The Clerk of Court must serve upon Respondent copies of this Order and the Petitioner's petition. *Cf.* R. 4, Rs. Governing § 2254 Cases in the U.S. Dist. Courts. ("In every case [in which a response is ordered], the clerk must serve a copy of the petition and any order on the respondent and on the attorney general or other appropriate officer of the state involved.").

2. No later than May 5, 2022, the Respondent shall file an answer to the Petition. The answer must address whether the petition is more properly brought under 28 U.S.C. § 2254, and, if so, whether it is second or successive. *See id.* § 2244.  "The answer must address the allegations of the petition. It must also state whether any claim is barred by a failure to exhaust state remedies, a procedural bar, non-retroactivity, or a statute of limitations." *Cf.* R. 5, Rs. Governing § 2254 Cases in the U.S. Dist. Courts.

3.  As much as possible, the answer should be patterned on Rule 5 of the Rules Governing § 2254 Cases in the United States District Court.

4.  Within thirty days after the answer and proposed order are filed, Petitioner must file a reply or risk dismissal. *Cf.* R. 5(e), Rs. Governing § 2254 Cases in the U.S. Dist. Courts.

5.  Extensions of time are disfavored, though reasonable extensions may be granted. Any motion for time extension must be filed no later than **fourteen days** before the deadline to be extended.

DATED this 28th day of March, 2022.

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge